No. 10–10221.   SWEENEY v. UNITED STATES.   C. A. 6th Cir. Certiorari denied.

No. 10–10225.   JACKSON v. UNITED STATES.   C. A. 8th Cir. Certiorari denied.

No. 10–10227.   BAYARD v. UNITED STATES.   C. A. 1st Cir. Certiorari denied.

No. 10–10229.   BRITO-RODRIGUEZ v. UNITED STATES.   C. A. 1st Cir.   Certiorari denied.

No. 10–10235.   JOYNER v. O'BRIEN, WARDEN.   C. A. D. C. Cir. Certiorari denied.

No. 10–10239.   BUTLER v. UNITED STATES.   C. A. 6th Cir. Certiorari denied.

No. 10–10240.   ALEXANDER v. UNITED STATES.   C. A. 5th Cir. Certiorari denied.

No. 10–10241.   BOLDT v. UNITED STATES.   C. A. 8th Cir.   Certiorari denied.

No. 10–10242.   NAVA v. UNITED STATES.   C. A. 5th Cir.   Certiorari denied.

No. 10–10250.   JACKSON v. UNITED STATES.   C. A. 5th Cir. Certiorari denied.

No. 10–10251.   CAROTHERS v. UNITED STATES.   C. A. 9th Cir. Certiorari denied.

No. 10–10257.   DIOSDADO-STAR, AKA GUERRERA, AKA GUITIEREZ-LLANAS, AKA COLLINS, AKA STAR, AKA VILLEREAL-JULIO, AKA GONZALEZ-RIVERA, AKA JORGE-VILLAREAL, AKA HERRERA v. UNITED STATES.   C. A. 4th Cir.   Certiorari denied.

No. 10–10262.   RAMAGE v. UNITED STATES.   C. A. 4th Cir. Certiorari denied.

No. 10–10264.   STOKES v. UNITED STATES.   C. A. 6th Cir. Certiorari denied.

No. 10–10265.   JOHNSON v. UNITED STATES.   C. A. 4th Cir. Certiorari denied.